**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MITCHEL,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>ROBERT HOREL, WARDEN,<br><br>　　　　Respondent. | CASE NO. CV 07-07757 DOC (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: February 3, 2009

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE