O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL MITCHEL,                    )        CASE NO. CV 07-07757 DOC (RZ)
                                    )
                  Petitioner,       )
                                    )        JUDGMENT
          vs.                       )
                                    )
ROBERT HOREL, WARDEN,               )
                                    )
                  Respondent.       )
                                    )

        This matter came before the Court on the Petition of MICHAEL MITCHEL,

for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and

having accepted the findings and recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the Petition is denied and the action

is dismissed with prejudice.

DATED: February 3, 2009

                                    _____
                                         DAVID O. CARTER
                                    UNITED STATES DISTRICT JUDGE